lmv

71

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES FIRE INSURANCE    *
COMPANY

    VS    *   C.A. NO. B97 072

ALBERT VILLEGAS    *

**MEMORANDUM OPINION AND ORDER REGARDING
MOTION FOR REDUCTION OF DAMAGES**

Defendant VILLEGAS moved for a reduction of damages to receive credit under § 33.012(b) Tex.Civ.P. and Rem. Code. For the reasons stated in the Plaintiff's Response to the Motion, it is DENIED.

**SO ORDERED.**

                                                                               Stewart A. Newblatt   12/23/98
                                                                               United States District Judge

Acting on Assignment.

ClibPDF - www.fastio.com