73

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 2 2 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES FIRE INSURANCE<br>COMPANY | * <br> * <br> * |
| VS | *    C.A. NO. B97 072 <br> * |
| ALBERTO VILLEGAS<br>d/b/a LAW OFFICES OF<br>    ALBERTO VILLEGAS | * <br> * <br> * |

## ORDER REGARDING PREJUDGMENT
## INTEREST AND THE FORM OF JUDGMENT

Defendant has objected to the form of the judgment proposed by Plaintiff and to the award of prejudgment interest. The objection as to prejudgment interest is based upon the delay of the Plaintiff in entering the judgment. Since prejudgment interest is a higher rate than post-judgment interest, a delay in the entry of the judgment benefits the Plaintiff. Inasmuch as the awarding of prejudgment interest is vested in the discretion of the court, the remedy for the delay need not be a denial of prejudgment interest entirely. An award of prejudgment interest at the rate of post-judgment interest is hereby allowed thus eliminating any advantage

to Plaintiff caused by the delay in the entry of the judgment.  It also denies the Defendant the benefit of  free use of the money during the interim.

A final judgment in the appropriate form for federal court in embodying the above ruling should be submitted to the court for signature after approval by Defendant's counsel.  Post-judgment interest must be at the federal rate.

**SO ORDERED.**

DONE at Brownsville, Texas, this ⎯⎯ day of January, 1999.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Stewart A. Newblatt
United States District Judge

ACTING ON ASSIGNMENT