75

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY | § § § § | |
| VS. | § § | CIVIL ACTION NO. B - 97 - 072 |
| ALBERT VILLEGAS D/B/A LAW OFFICES OF ALBERT VILLEGAS | § § § | |

# FINAL JUDGMENT

This action came to trial before the Court and a jury, the Honorable Stewart A. Newblatt presiding. The issues were duly tried and the Court ruled as a matter of law on some and the jury rendered its Verdict on others.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that United States Fire Insurance Company have and recover from Albert Villegas d/b/a Law Offices of Albert Villegas the sum of $35,402.90 (consisting of $29,405.07 of actual damages and prejudgment interest on said actual damages at the rate of 10% per annum from May 6, 1996 until April 16, 1998, in the amount of $5,997.83).

It is further ORDERED, ADJUDGED AND DECREED that the Judgment here rendered shall bear interest at the federal rate set out in 28 U.S.C. §1961, from April 17, 1998, until paid.

All costs of Court expended or incurred in this cause are judged against Defendant Albert Villegas d/b/a Law Offices of Albert Villegas. All writs and processes for the enforcement and collection of this judgment or the cost of court may issue as necessary and as allowed by law. All other relief not expressly granted herein is denied.

Entered on this the _____ day of _____, 1999, at Brownsville, Cameron County, Texas.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM ONLY:**

BY: _____
J. Arnold Aguilar,
Attorney for Plaintiff United States
Fire Insurance Company

BY: _____
Richard Schechter,
Attorney for Defendant Albert Villegas
d/b/a Law Offices of Albert Villegas