# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
FEB 1 2 2001

CHARLES R. FULBRUGE III
**CLERK**

---

No. 00-40255

---

D.C. Docket No. B-97-CV-72

United States District Court
Southern District of Texas
FILED
MAR 0 9 2001
Michael N. Milby
Clerk of Court

UNITED STATES FIRE INSURANCE COMPANY

    Plaintiff - Appellee

v.

ALBERT VILLEGAS, doing business as Law Offices of Albert Villegas

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before JONES and DeMOSS, Circuit Judges, and BARZILAY*, District Judge.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAR 0 6 2001

---

    *Judge of the U.S. Court of International Trade, sitting by designation.

A True Copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
MAR 0 6 2001